# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stanley Robinson,

          Plaintiff,

v.

United States of America,

          Defendant.

Civil No. 14-cv-1441 (ADM/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. That the Clerk of Court **TRANSFER** this case to the United States District Court for the Western District of Texas

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 5, 2014

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge